**FIFTY-SIX HOPE ROAD MUSIC, LTD. and Zion Rootswear, LLC, Plaintiffs-Appellees,**

v.

**A.V.E.L.A., INC., X One X Movie Archive, Inc., Jem Sportswear, Central Mills, Inc. (Freeze), and Leo Valencia, Defendants-Appellants.**

No. 2011-1262.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

### ORDER

Pursuant to this court's order filed April 6, 2011, and absent a response from either appellants or appellees,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the Ninth Circuit.